UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:12-CR-55 |
| LUIS MEJILLA-RAMOS, also known as LUIS ANTONIO HERNANDEZ-RAMOS, | ) ) ) ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the captioned case is sufficiently related to the previously filed case of <u>United States of America v. Luis Antonio Hernandez-Ramos</u>, Case No. 3:08-CR-112, (JORDAN/SHIRLEY). The Court finds that these cases arise out of the same transaction or occurrence and involve one or more of the same parties and are, therefore, related. Accordingly, the captioned case should be assigned to District Judge Leon Jordan and Magistrate Judge C. Clifford Shirley. However, consolidation is not ordered.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge